■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT TAYLOR, Appellant. [620 NYS2d 276] —Appeal by the

defendant from a judgment of the County Court, Westchester County (Carey, J.), rendered September 15, 1993, convicting him of grand larceny in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence (CPL 470.15 [5]).

The defendant's remaining contention is not preserved for appellate review *(see, People v Micheline,* 154 AD2d 624), and, in any event, it is without merit *(Matter of Mark T.,* 168 AD2d 218). Sullivan, J. P., Rosenblatt, Miller and Ritter, JJ., concur.